

IN THE

TENHT COURT OF APPEALS

_____

No. 10-08-00279-CR

IN RE RICHARD FRANKLIN

_____

Original Proceeding

MEMORANDUM  OPINION

Richard Franklin's petition for writ of mandamus was filed in this Court on August 6, 2008. Franklin has not provided a proper proof of service or a certified or sworn copy of every document that is material to his claim for relief after being requested by letter to provide those items.[1]  *See* TEX. R. APP. P. 9.5, 52.3.  Therefore, Franklin's petition is denied.

Franklin's accompanying motion for leave to file the petition is dismissed as moot.  The Rules of Appellate Procedure were amended in 1997 to eliminate the need for a motion for leave to file the petition.  *See* TEX. R. APP. P. 52, Notes and Comments.

TOM GRAY
Chief Justice

---

[1] Instead of providing a proper proof of service, Franklin prepared and delivered a new petition for writ of mandamus with a proper proof of service.  This petition was filed on August 29, 2008 as appellate number 10-08-00309-CR.

Before Chief Justice Gray,
      Justice Vance, and
      Justice Reyna
Petition denied
Motion dismissed
Opinion delivered and filed September 17, 2008
Do not publish
[OT06]